UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE HAYNESWORTH<br>3202 28th Parkway<br>Temple Hills, MD  20748<br><br>  Plaintiff,<br><br>v.<br><br>DOUGLAS MOORE<br>7114 Alaska Avenue, NW<br>Washington, D.C.  20012<br><br>  Defendants. | Case No. |

### COMPLAINT

COMES NOW the plaintiff, Denise Haynesworth, by her attorneys, Donald A. Clower and Kay M. Clarke of CLOWER & CLARKE and for her causes of action states as follows:

### JURISDICTION

1. Jurisdiction for the within cause of action is properly laid in this Honorable Court in that the wrongs herein alleged occurred in the District of Columbia and further pursuant to 28 U.S. Code Section 1332 in that there is diversity of citizenship and the amount in controversy exceeds the statutory requirements.

### PARTIES

2. At all times pertinent hereto the plaintiff, Denise Haynesworth, was and is a natural adult person residing in the State of Maryland, and on June 27, 2004, was assaulted and battered by the defendant.

3. At all times pertinent hereto the defendant, Douglas Moore, was and is a natural adult person residing in the District of Columbia and on June 27, 2004, assaulted and battered

the plaintiff.

## ALLEGATIONS

4. On or about June 27, 2004, and at about 8:30pm, plaintiff was lawfully upon the premises of the defendant at 7114 Alaska Avenue, NW, having been voluntarily admitted entrance to the defendant's residence by an adult female, believed to be defendant's wife.

5. Upon admission to the premises, the plaintiff identified herself and stated her purpose, that being to serve legal process upon the defendant.

6. The defendant voluntarily accepted the legal process from plaintiff, read such legal process, then without warning defendant touched, struck, grabbed, pushed and otherwise assaulted the plaintiff, all without provocation by the plaintiff.

7. Plaintiff, fearing for her personal safety and that of her granddaughter who accompanied the plaintiff, attempted to flea the premises and the defendant, thereafter, blocked plaintiff's exit from the premises and wrongfully detained and falsely imprisoned the plaintiff without legal cause.

8. The defendant further verbally assaulted, abused, cursed, vilified and humiliated the plaintiff within hearing distance of plaintiff's granddaughter, causing further injury to plaintiff.

9. As a direct and proximate result of the defendant's actions complained of herein, the plaintiff has been severely and permanently injured and damaged and has been caused to seek medical care and has expended money for payment of such medical care; has lost time from her employment with resulting loss of income, has suffered general damages for the verbal and physical assault upon her as well as the wrongful detention and false imprisonment by the defendant; has been rendered unable to perform her normal and usual activities and in the future will continue to be unable to perform her normal and usual activities, and has been otherwise

severely and permanently injured and damaged as a proximate result of the defendant's actions complained of herein.

## COUNT I
### Assault and Battery

10. Plaintiff re-alleges and incorporates by reference herein the allegations of Paragraphs 1 through 9 as if fully restated herein.

11. Defendant assaulted and battered the plaintiff as alleged herein.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of **FIVE HUNDRED THOUSAND DOLLARS ($500,000.00)** in compensatory and punitive damages, plus interest thereon and her costs expended herein, and any further relief this Court deems appropriate.

## COUNT II
### Intentional Infliction of Emotional Distress

12. Plaintiff re-alleges and incorporates by reference the foregoing Paragraphs 1 through 9 as if fully restated herein.

13. The defendant, through his actions, intended to inflict severe emotional distress upon the plaintiff and the plaintiff in fact sustained severe emotional distress as a direct and proximate result of the actions of the defendant.

14. The actions of the defendants as complained of herein were of such a severe and continuous nature as to cause severe emotional distress in the plaintiff.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of **FIVE HUNDRED THOUSAND DOLLARS ($500,000.00),** including punitive damages and compensatory damages, interest on judgment, costs and for such other relief as this Court deems proper.

## COUNT III
### Wrongful Detention/False Imprisonment

15      Plaintiff re-alleges and incorporates by reference herein the allegations of Paragraphs 1 through 9 as if fully restated herein.

16      Defendant wrongfully detained and falsely imprisoned the plaintiff as alleged herein.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of **FIVE HUNDRED THOUSAND DOLLARS ($500,000.00)** in compensatory and punitive damages, plus interest thereon and her costs expended herein, and any further relief this Court deems appropriate.

        DENISE HAYNEWORTH

        By Counsel
        Respectfully submitted,

        CLOWER & CLARKE

DATE: May 27, 2005        By: _____
                                            DONALD A. CLOWER #948885

DATE: May 27, 2005        By: _____
                                            KAY M. CLARKE, #443477
                                            601 Pennsylvania Avenue, NW
                                            The Pennsylvania Suite 205
                                            Washington, D.C.  20004
                                            (202) 638-0086
                                            Counsel for Plaintiff

## **JURY DEMAND**

Plaintiff requests a trial by jury as to all issues raised herein.

_____
KAY M. CLARKE