# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
DENISE HAYNESWORTH                      )
                                        )      Case No. 05-cv1111 (RJL)
        Plaintiff,                      )
                                        )
v.                                      )
                                        )
DOUGLAS MOORE                           )
                                        )
        Defendants.                     )
_____)
```

## PRAECIPE

The Clerk will please note that Kay M. Clarke is counsel to the Plaintiff in this matter.

Undersigned counsel notes that her partner, Donald A. Clower, has received ECF notices from

the Court, but undersigned counsel does not appear to be on the notice list. Ms. Clarke's e-mail

address is CoveloK@aol.com.


Respectfully submitted,

CLOWER & CLARKE


DATE: June 7, 2005                By: _____
                                      KAY M. CLARKE, #443477
                                      601 Pennsylvania Avenue, NW
                                      The Pennsylvania Suite 205
                                      Washington, D.C. 20004
                                      (202) 638-0086
                                      Counsel for Plaintiff