## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE HAYNESWORTH )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DOUGLAS MOORE  )<br>  )<br>        Defendants.  )<br>_____) | Case No. 05-cv1111 (RJL) |

### AFFIDAVIT OF SERVICE OF PROCESS

COMES NOW Kay M. Clarke, counsel for the plaintiff herein and an officer of this Court, and certifies to the following:

1. That on June 3, 2005, and at 4:20pm, I served a copy of the Complaint, Summons issued to the Defendant, Notice of Right to Consent to Trial Before a United States Magistrate, and the Initial Electronic Case Filing Order personally upon the defendant, Douglas Moore, by placing said document into his hands in the hallway outside of Courtroom 212, D.C. Superior Court, 500 Indiana Avenue, NW, Washington, D.C. 20001, after Douglas Moore was identified to me by the plaintiff and in open court.

2. That Douglas Moore is a black male, between the approximately ages of 70 and 75 years, approximately 5'9" tall and approximately 170-190 pounds; short black curled hair; with beard and mustache; wearing glasses.

I do solemnly swear under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm

1

that I am a competent person over 18 years of age and not a party to the case.

        Respectfully submitted,

        CLOWER & CLARKE

By: _____
     KAY M. CLARKE, Bar No. 443477
     601 Pennsylvania Avenue, NW
     The Pennsylvania Suite 205
     Washington, D.C. 20004
     (202) 638-0086
     Attorney for Plaintiff

DISTRICT OF COLUMBIA, ss

  Subscribed to before me, a notary public, this 9th day of June, 2005.

_____
NOTARY PUBLIC
My Commission Expires:

        APPOLLO CAMERON
      NOTARY PUBLIC DISTRICT OF COLUMBIA
      My Commission Expires June 15, 2005

2