UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE HAYNESWORTH**<br>3202 28TH Parkway<br>Temple Hills, MD 20748<br><br>      Plaintiff,<br><br>v.<br><br>**DOUGLAS MOORE**<br>7114 Alaska Avenue, NW<br>Washington, D.C. 20012<br><br>      Defendant. | Case No.: 1:05CV01111<br>Judge: Richard J. Leon<br>Deck Type: Personal Injury/Malpractice<br>Date Stamp: 06/03/05 |

**ANSWER TO COMPLAINT**

**COMES NOW**, the Defendant, **Douglas Moore**, by and through Counsel, Tony O. Shaw, Esquire, and respectfully answers the Complaint as follows:

**JURISDICTION**

1.    The Defendant denies the allegations in Paragraph 1 of the Complaint.

**PARTIES**

2.    The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 2 of the Complaint.

3.    The Defendant admits that he was and is a natural adult person residing in the District of Columbia but denies that he assaulted and battered the Plaintiff on June 27, 2004.

## ALLEGATIONS

4. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 4.

5. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 5.

6. The Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. The Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. The Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 9.

## COUNT I
### Assault and Battery

10. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 10.

11. The Defendant denies the allegation contained in Paragraph 11 of the complaint.

## COUNT II
### Intentional Infliction of Emotional Distress

12. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 12.

13. The Defendant denies the allegation contained in Paragraph 13 of the complaint.

14. The Defendant denies the allegation contained in Paragraph 14 of the complaint.

## COUNT III
### Wrongful Detention/False Imprisonment

15. The Defendant is without sufficient knowledge to admit or deny the allegations in Paragraph 15.

16. The Defendant denies the allegation contained in Paragraph 16 of the complaint.

    Respectfully submitted,

_____
Tony O. Shaw, Esq. (Bar No. 450082)
1522 K Street, Suite 200, NW
Washington, D.C. 20005
Phone: (202) 347-6796
Fax: (202) 347-6797

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the ____ day of _____, 2005, a copy of the foregoing answer to complaint was mailed first-class, postage prepaid to:

Donald Clower (#948885)
Kay M. Clarke, (#443477)
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, D.C. 20004
(202) 638-0086
Counsel for Plaintiff

                Respectfully submitted,

                _____
                Tony O. Shaw, Esq. (Bar No. 450082)
                1522 K Street, Suite 200, NW
                Washington, D.C. 20005
                Phone: (202) 347-6796
                Fax: (202) 347-6797