**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

|  |  |
|---|---|
| **DENISE HAYNESWORTH**<br>3202 28TH Parkway<br>Temple Hills, MD 20748<br><br>        Plaintiff,<br><br>v.<br><br>**DOUGLAS MOORE**<br>7114 Alaska Avenue, NW<br>Washington, D.C. 20012<br><br>        Defendant. | Case No.:  1:05CV01111<br>Judge: Richard J. Leon<br>Deck Type: Personal Injury/Malpractice<br>Date Stamp: 06/03/05 |

### REQUEST TO ADMIT JOHN W. KING PRO HAC VICE

COMES NOW, **Tony O. Shaw**, a member in good standing of the Bar of the District of Columbia, pursuant to District of Columbia Rule 83.2, and respectfully requests that **John W. King** be admitted to the Bar of the District of Columbia Pro Hac Vice for the purposes of this case as co-counsel for the Defendant in this action.

1. I am a member in good standing of the District of Columbia Bar and United States's District Court for the District of Columbia (admitted August 3, 1998) and will be the attorney of record and be assisted by Mr. King in this matter.  My address is Tony O. Shaw, Esq., 1522 K Street, NW, Suite 200, Washington, DC 20005, (202) 347-6796.

2. I am a colleague of Mr. King who is a member in good standing of the State of New Jersey Bar (Bar No. 040122001).

3. I will be the attorney of record and will be assisted by Mr. Kind as needed in this matter.

                    Respectfully submitted,

                    _____
                    Tony O. Shaw, Esq.  #450082
                    1522 K Street, NW, Suite 200
                    Washington, DC  20005
                    (202) 347-6796
                    Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **DENISE HAYNESWORTH** <br> 3202 28TH Parkway <br> Temple Hills, MD 20748 <br><br> Plaintiff, <br><br> v. <br><br> **DOUGLAS MOORE** <br> 7114 Alaska Avenue, NW <br> Washington, D.C. 20012 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No.: 1:05CV01111 <br> Judge: Richard J. Leon <br> Deck Type: Personal Injury/Malpractice <br> Date Stamp: 06/03/05 |

## POINTS AND AUTHORITIES

1. District of Columbia Rule 83.2

2. The record herein.

Respectfully submitted,

_____
Tony O. Shaw, Esq.  #450082
1522 K Street, NW, Suite 200
Washington, DC  20005
(202) 347-6796
Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| DENISE HAYNESWORTH<br>3202 28TH Parkway<br>Temple Hills, MD 20748<br><br>       Plaintiff,<br><br>v.<br><br>DOUGLAS MOORE<br>7114 Alaska Avenue, NW<br>Washington, D.C. 20012<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:05CV01111<br>) Judge: Richard J. Leon<br>) Deck Type: Personal Injury/Malpractice<br>) Date Stamp: 06/03/05<br>)<br>)<br>)<br>) |

**LINE**

**To the Clerk of the Court:**

Please enter the appearance of John W. King (special Admittance <u>Pro</u> <u>Hac</u> <u>Vice</u>) as co-counsel for Defendant in the above captioned matter.

**CERTIFICATE OF GOOD STANDING**

I, Tony O. Shaw, Esq., hereby certify that and affirm that I am a member in good standing of the District of Columbia and the United States District Court for the District of Columbia Bars.  I was admitted to the D.C. Bar in March 1996, and the District Court in August 1998.

                          Respectfully submitted,

                          _____
                          Tony O. Shaw, Esq.  #450082
                          1522 K Street, NW, Suite 200
                          Washington, DC  20005
                          (202) 347-6796
                          Counsel for Defendant

## **CERTIFCATE OF SERVICE**

     I hereby certify that on the _____ day of _____, 2005, a copy of the foregoing Motion to Admit John W. King, was mailed, postage prepaid, to:

Kay M. Clark
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, DC  20004

                                                Respectfully submitted,

                                                _____
                                                Tony O. Shaw, Esq.  #450082
                                                1522 K Street, NW, Suite 200
                                                Washington, DC  20005
                                                (202) 347-6796
                                                Counsel for Defendant

## **ATTORNEY CERTIFICATION**

I, John W. King, hereby certify that I am a member in good standing of the Bar of the State of New Jersey (Bar No. 040122001) and that I have never been specially admitted to the Bar of the United States District Court for the District of Columbia in the last two years preceding the filing of this request.  That I am currently practicing in the District of Columbia , pursuant to Rule 49(c) (8), and under the direct supervision of the attorney of record in this matter, Tony O. Shaw, Esq.

_____
John W. King, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **DENISE HAYNESWORTH** ) <br> 3202 28TH Parkway ) <br> Temple Hills, MD 20748 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DOUGLAS MOORE** ) <br> 7114 Alaska Avenue, NW ) <br> Washington, D.C. 20012 ) <br> ) <br> Defendant. ) | Case No.: 1:05CV01111 <br> Judge: Richard J. Leon <br> Deck Type: Personal Injury/Malpractice <br> Date Stamp: 06/03/05 |

### ORDER

UPON CONSIDERATION of counsel's request to Admit John W. King, <u>Pro Hac Vice</u> and any oral opposition hereto, it is by this Court this _____ day of _____, 2005,

ORDERED, that John W. King be and is admitted as co-counsel for Defendant, and it is further,

ORDERED, that John W. King be and is, authorized to address the Court without the presence of counsel Tony O. Shaw.

_____
HONORABLE JUDGE LEON

cc:

Tony O. Shaw, Esq.
1522 K Street, NW, Suite 200
Washington, DC  20005

Kay M. Clark
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, DC  20004