# Clower & Clarke
## *Attorneys at Law*

601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, D.C.  20004
(202) 638-0086
(202) 628-0014 - fax

Fax Transmittal Cover Sheet

June 30, 2005

To:        Mr. John W. King, Esq.
            Mr. Tony Shaw, Esq.
            (202) 347-6797

From:    Kay M. Clarke

Re:        Haynesworth v. Moore

**MESSAGE:**

Proposed 16.3 report follows.

ECF notices appear to be going to the wrong Mr. Shaw. I have notified Anthony Shaw that he is listed as defense counsel on this case.

Total Number of Pages Transmitted :    4