July 15, 2005

Mr. John W. King, Esq.
Mr. Tony O. Shaw, Esq.
1522 K Street, NW
Suite 200
Washington, D.C.   20005

    Re:    **Haynesworth v. Moore**

Dear Counsel:

    On June 30 I forwarded to you a proposed 16.3 Statement with scheduling order. As you know, a joint statement must be filed. Please provide your inclusions so that I may finalize and file. I ask that you send your inclusions by e-mail to my address on this letterhead.

    Thank you for your anticipated response.

                                     Very truly yours,

                                     Kay M. Clarke

KMC:bhs