## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE HAYNESWORTH )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DOUGLAS MOORE )<br> )<br>    Defendant. ) | Case No. 05-cv1111 (RJL) |

### PLAINTIFF'S MOTION TO COMPEL

COMES NOW the plaintiff, by counsel, and pursuant to Fed.R.Civ.P. 37, moves this Court for an order compelling the defendant to respond to Plaintiff's Interrogatories and Requests for Production of Documents. In support of her motion, plaintiff requests the Court's attention to the attached Memorandum of Points and Authorities in support.

                                        Respectfully submitted,

                                        CLOWER & CLARKE

DATE: February 3, 2006        By: _____
                                              KAY M. CLARKE, #443477
                                              601 Pennsylvania Avenue, NW
                                              The Pennsylvania Suite 205
                                              Washington, D.C. 20004
                                              (202) 638-0086
                                              Counsel for Plaintiff

### MEMORANDUM OF POINTS AND AUTHORITIES

On June 30, 2006, plaintiff issued Interrogatories and Requests for Production of

1

Documents to the Defendant by mailing such, first class, postage prepaid, upon his counsel, Tony Shaw and John King.   The defendant has failed to respond to such discovery in any manner.

Plaintiff has been unable to obtain any cooperation from either the defendant or John King, whose motion before the Court to be admitted *pro hac vice* has been denied. Tony Shaw, whose appearance was entered by the Answer to the Complaint, died in a car accident on July 23, 2005.  After receiving notice of this unfortunate event, and on August 15, 2005, plaintiff's counsel agreed to a 60-day extension for the defendant to respond to discovery on or before October 15, 2005.

On October 11, 2005, plaintiff's counsel spoke with John King who advised that he did represent the defendant and that the defendant's discovery responses were available.   Plaintiff's counsel agreed to an additional ten days for the defendant to provide the discovery responses.  On October 17, 2005, this Court denied Mr. King's request to appear *pro hac vice* as counsel to the defendant.

Since such time neither plaintiff nor plaintiff's counsel has heard from the defendant or his attorney.   The status of defendant's counsel is also unclear.   Therefore, a copy of this motion is being sent directly to the defendant at the defendant's last known residential address as well as Mr. John King.

Plaintiff prepared and faxed to defense counsel a proposed Meet and Confer Statement on June 30, 2005.  No response was received.  On July 31, 2005, plaintiff filed a Meet and Confer Statement.  No response was received.

Plaintiff is unable to proceed in discovery on this matter.  Plaintiff requests that

this Court order the defendant to respond to Interrogatories and Requests for Production of Documents within ten days of the Court's Order. Plaintiff also requests that this matter be set down for a Scheduling Conference.

                                  Respectfully submitted,

                                  CLOWER & CLARKE

DATE: February 3, 2006        By: _____
                                  KAY M. CLARKE, #443477
                                  601 Pennsylvania Avenue, NW
                                  The Pennsylvania Suite 205
                                  Washington, D.C. 20004
                                  (202) 638-0086
                                  Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing was mailed first class, postage prepaid, this 3rd day of February, 2006, addressed as follows:

Mr. John W. King, Esq.
1522 K Street, NW
Suite 200
Washington, D.C. 20005

Mr. Douglas Moore
7114 Alaska Avenue, NW
Washington, D.C. 20012

                                  _____
                                  KAY M. CLARKE