## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE HAYNESWORTH ) | |
| ) | Case No. 05-cv1111 (RJL) |
| Plaintiff, ) | |
| v. ) | |
| DOUGLAS MOORE ) | |
| Defendant. ) | |

## **ORDER**

On Plaintiff's Motion to Compel, and for good cause shown, it is, therefore this

_____ day of _____, 2006,

ORDERED that the Defendant shall respond fully, without objection, to Plaintiff's Interrogatories and Requests for Production of Documents within ten (10) days of the docketing of this Order.

_____
JUDGE

A copy of this order was mailed to :

Mr. John W. King, Esq.
1522 K Street, NW
Suite 200
Washington, D.C.  20005

Mr. Douglas Moore
7114 Alaska Avenue, NW
Washington, D.C.  20012

1