UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DENISE HAYNESWORTH )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS MOORE )<br>Defendant. ) | Civil Action No.: 05-CV1111 (RJL) |

### ORDER

Upon consideration of the Plaintiff's Motion to Compel for Defendant's failure to comply with Discovery, and Defendant's Opposition filed hereto, and for good cause shown, it is by this Court on the _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion to Compel for Defendant's failure to comply with discovery is hereby, DENIED.

_____
Judge
United State District Court for the District of Columbia

Copies to:

Kay M. Clarke, Esq.
601 Pennsylvania Avenue, N.W.
The Pennsylvania Suite 205
Washington, D.C. 20004
(202) 683.0086

Anthony M. Harmon, Esq.
For the deceased Tony O. Shaw, Esq.
Capital Law Partners, PLLC
1522 K Street, NW, Suite 200
Washington, D.C. 20005