UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE HAYNESWORTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS MOORE )<br>)<br>Defendants. )<br>) | Case No. 05-cv1111 (RJL) |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff is in receipt of the Defendant's Opposition to Plaintiff's Motion to Compel signed by Anthony M. Harmon, Esq.  Mr. Harmon has not entered his appearance for the Defendant, nor is there a record on the D.C. Bar website of his license to practice in the District of Columbia.  It appears, therefore, that the defendant still has not hired substitute counsel for Tony Shaw.

Mr. Harmon states no basis to deny Plaintiff's motion to compel, and does not even suggest that Plaintiff's discovery requests will ever be answered.   Defendant has made no effort since July 23, 2005, to hire other counsel and, therefore, appears to contend through Mr. Harmon that because he has done nothing since July 23, 2005, that this case should not go forward.   Plaintiff is, of course, sympathetic with the demise of Mr. Shaw and the fact that this resulted in his cases coming to an abrupt stop. However, this was nine months ago.

1

Defendant contends that Plaintiff has made no effort to contact Mr. Shaw's office or Mr. King. Plaintiff has no reason to contact Mr. Shaw's office in that plaintiff has no information that anyone in that office represents the defendant. Mr. King's motion not be admitted *pro hac vice* for the defendant was denied. There is no counsel to contact on this case.

In that the Defendant has not cooperated in discovery and appears to have done nothing to hire other counsel, plaintiff requests that Plaintiff's Motion to Compel be granted.

        Respectfully submitted,

        CLOWER & CLARKE


DATE: May 1, 2006    By:    _____/s/_____
                              KAY M. CLARKE, #443477
                              601 Pennsylvania Avenue, NW
                              The Pennsylvania Suite 205
                              Washington, D.C. 20004
                              (202) 638-0086
                              Counsel for Plaintiff