UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **DENISE HAYNESWORTH** <br> 3202 28TH Parkway <br> Temple Hills, MD 20748 <br><br> Plaintiff, <br><br> v. <br><br> **DOUGLAS MOORE** <br> 7114 Alaska Avenue, NW <br> Washington, D.C. 20012 <br><br> Defendant. | Case No.: 1:05CV01111 <br> Judge: Richard J. Leon <br> Deck Type: Personal Injury/Malpractice |

### REQUEST TO ADMIT ANTHONY M. HARMON PRO HAC VICE

COMES NOW, **William Johnson**, **Esq**. a member in good standing of the Bar of the District of Columbia, pursuant to District of Columbia Rule 83.2, and respectfully requests that **Anthony M. Harmon, Esq** be admitted to the Bar of the United States District Court for the District of Columbia Pro Hac Vice for the purposes of this case as co-counsel for the Defendant in this action.

1. I am a member in good standing of the District of Columbia Bar and United States's District Court for the District of Columbia (admitted December 2000) and will be the attorney of record and be assisted by Mr. Harmon in this matter. My address is William Johnson, Esq. 1522 K Street, NW, Suite 200, Washington, DC  20005, (202) 347-6796.

2. I am a colleague of Mr. Harmon who is a member in good standing of the State of Maryland Bar.

3. I will be the attorney of record and will be assisted by Mr. Harmon as needed in this matter.

Respectfully submitted,

_____*SS*_____
William Johnson, Esq. (DC Bar No. 470314)
1522 K Street, NW, Suite 200
Washington, DC 20005
(202) 347-6796

Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| **DENISE HAYNESWORTH**<br>3202 28TH Parkway<br>Temple Hills, MD 20748 | )<br>)<br>)<br>)<br>) |  |
| Plaintiff, | )<br>) |  |
| v. | )<br>) | Case No.: 1:05CV01111<br>Judge: Richard J. Leon |
| **DOUGLAS MOORE**<br>7114 Alaska Avenue, NW<br>Washington, D.C. 20012 | )<br>)<br>)<br>) | Deck Type: Personal Injury/Malpractice |
| Defendant. | )<br>)<br>) |  |

## POINTS AND AUTHORITIES

1. District of Columbia Rule 83.2

2. The record herein.

Respectfully submitted,

_____*SS*_____
William Johnson, Esq. (DC Bar No. 470314)
1522 K Street, NW, Suite 200
Washington, DC  20005
(202) 347-6796

Counsel for Defendant

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **DENISE HAYNESWORTH** ) | |
| 3202 28TH Parkway ) | |
| Temple Hills, MD 20748 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV01111 |
| ) | Judge: Richard J. Leon |
| **DOUGLAS MOORE** ) | Deck Type: Personal Injury/Malpractice |
| 7114 Alaska Avenue, NW ) | |
| Washington, D.C. 20012 ) | |
| ) | |
| Defendant. ) | |

**LINE**

**To the Clerk of the Court:**

Please enter the appearance of Anthony M. Harmon, Esq. (special Admittance <u>Pro Hac Vice</u>) as co-counsel for Defendant in the above captioned matter.

**CERTIFICATE OF GOOD STANDING**

I, William Johnson, Esq., hereby certify that and affirm that I am a member in good standing of the District of Columbia and the United States District Court for the District of Columbia Bars. I was admitted to the D.C. Bar in December 2000 at the District Court in 2003.

Respectfully submitted,

_____*SS*_____
William Johnson, Esq. (DC Bar No. 470314)
1522 K Street, NW, Suite 200
Washington, DC  20005
(202) 347-6796

Counsel for Defendant

## CERTIFCATE OF SERVICE

I hereby certify that on the 2nd day of May, 2006, a copy of the foregoing Motion to Admit Anthony M. Harmon, was mailed, postage prepaid, to:

Kay M. Clark, Esq.
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, DC  20004

                                              Respectfully submitted,

                                        _____*SS*_____
                                        William Johnson, Esq. (DC Bar No. 470314)
                                        1522 K Street, NW, Suite 200
                                        Washington, DC  20005
                                        (202) 347-6796

                                        Counsel for Defendant

## **ATTORNEY CERTIFICATION**

I, Anthony M. Harmon, Esq. hereby certify that I am a member in good standing of the Bar of the State of Maryland and that I have never been specially admitted to the Bar of the United States District Court for the District of Columbia in the last two years preceding the filing of this request.

                                                                  _____*SS*_____
                                                                  Anthony M. Harmon, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **DENISE HAYNESWORTH**<br>3202 28TH Parkway<br>Temple Hills, MD 20748<br><br>Plaintiff,<br><br>v.<br><br>**DOUGLAS MOORE**<br>7114 Alaska Avenue, NW<br>Washington, D.C. 20012<br><br>Defendant. | Case No.: 1:05CV01111<br>Judge: Richard J. Leon<br>Deck Type: Personal Injury/Malpractice |

**ORDER**

UPON CONSIDERATION of counsel's request to Admit Anthony M. Harmon, Esq. <u>Pro</u> <u>Hac</u> <u>Vice</u> and any oral opposition hereto, it is by this Court this _____ day of _____, 2006,

ORDERED, that Anthony M. Harmon, Esq. be and is admitted as co-counsel for Defendant, and it is further,

ORDERED, that Anthony M. Harmon, Esq. be and is, authorized to address the Court without the presence of counsel William Johnson, Esq..

_____
HONORABLE JUDGE LEON

cc:

William Johnson, Esq.
1522 K Street, NW, Suite 200
Washington, DC  20005

Kay M. Clark, Esq.
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, DC  20004