UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**DENISE HAYNESWORTH,**
                Plaintiff;

Vs.                                      **CASE NO: 1:05-cv-1111**

**DOUGLAS MOORE**
                Defendant;

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Douglas Moore.

    I certify that I am admitted to practice in this court:

August 30, 2006

                                By:_____
                                      James Q. Butler, Esq. #490014
                                      Attorney at Law
                                      Butler Law Firm
                                      818 18th Street, 10th Floor
                                      Washington, D.C. 20006
                                      Telephone: (202) 223-6767
                                      Facsimile: (202) 223-3039