**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DENISE HAYNESWORTH ) | |
| ) | Case No. 05-cv1111 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS MOORE ) | |
| ) | |
| Defendant. ) | |

**JOINT PROPOSED SCHEDULING ORDER**

| Event | Deadline |
|---|---|
| Amendments to the Pleadings | 11/24/06 |
| Initial Disclosures | 11/24/06 |
| Defendant's Answers to Interrogatories And Responses to Request for Production of Documents | 11/24/06 |
| Expert Witnesses Identification | |
|     Proponent | 12/1/06 |
|     Responding Party | 12/20/06 |
| Discovery Closed | 2/1/07 |
| ADR | 2/2/07-3/2/07 |
| Post-ADR status conference | to be scheduled by Court |
| Dispositive Motions | 2/20/07 |

Pretrial Conference to be scheduled by Court

Trial to be scheduled at pretrial

_____
JUDGE