UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE HAYNESWORTH ) | |
| ) | Case No. 05-cv1111 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS MOORE ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On Plaintiff's Motion for Contempt, and for good cause shown, it is, therefore, this _____ day of _____,2007,

ORDERED that Plaintiff's motion is granted and it is further

ORDERED that Defendant is found in contempt of this Court's Order of November 1, 2006, by failing to answer Plaintiff's Interrogatories and Plaintiff's Requests for Production of Documents, and it is further

ORDERED that Defendant is prohibited from testifying at trial and is further prohibited from offering any evidence at trial.

_____
JUDGE

1