UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| DENISE HAYNESWORTH ) | |
| 3202 28th Parkway ) | |
| Temple Hills, MD  20748 ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | Case No.: **1:05CV01111** |
| v. ) | Judge  Richard  J.  Leon |
|  ) | |
| DOUGLAS MOORE ) | |
| 7114 Alaska Avenue, NW ) | |
| Washington, DC  20012 ) | |
|  ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, the Defendant, Douglas Moore, by and through Counsel, James Q. Butler, Esquire, and respectfully responds to the Plaintiff's Motion for Order to Show Cause as follows:

1. To the best of the Defendant's knowledge, no interrogatories or document requests were ever served upon the Defendant or Defendant's present counsel.

2. The Defendant, and/or Defendant's counsel have no knowledge of ever receiving any interrogatories or document request.

3. The only attorney of record on this case for the Defendant, is James Q. Butler, Esq., and as of date, Mr. Butler has not been properly served .

    4.    The Defendant is unaware of whom, if anyone, the Plaintiff has served.

WHEREFORE, Defendant's Counsel will promptly respond to all of Plaintiff's interrogatories, and document requests, once they have been properly served upon Defendant, pursuant to the Rules of Civil Procedure.

Dated this 15th day of March, 2007

Respectfully Submitted,

X /s/ James Q. Butler, Esq.

James Q. Butler, Esq.
Bar # 490014
Butler Legal Group, PLLP
818 18th St., N.W. Ste. 1010
Washington, DC 20006
Phone: (202) 223-6767
Fax: (202) 223-3039