**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| DENISE HAYNESWORTH | ) | |
| | ) | |
| | ) | Case No. 05-cv1111 (RJL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS MOORE | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**JOINT STATUS REPORT**

COME NOW the parties, by counsel, and submit this Joint Status Report:

1.      By Plaintiff:  Defendant has not responded in any manner to Plaintiff's Interrogatories nor Requests for Production of Documents.  Plaintiff requests a Show Cause Order issued to the Defendant.   Plaintiff mailed Interrogatories and Request for Production of Documents to Defendant on June 30, 2005.   Plaintiff then emailed the requests to Ms. Stephanie Paisley at the offices of James Butler, Esq., on November 27, 2006, after Ms. Paisley contacted counsel for Plaintiff, identifying herself as someone working with Mr. Butler on this case.  The email was not returned as undeliverable. The email went to spaisley@butlerlawfirmdc.com.  Mr. Butler's law firm website remains addressed as butlerlawfirmdc.com.  Thereafter, counsel for plaintiff spoke with Mr. Butler by telephone, inquiring as to why Defendant had not responded to Plaintiff's discovery.  Mr. Butler responded by stating he was going to file a motion to dismiss. Counsel for plaintiff has also, once again, mailed copies of discovery to Mr. Butler on April 16, 2007.  Plaintiff objects to any requests for additional time to respond to

discovery.  Defendant has received Plaintiff's discovery three times thus far.

      2.      By Plaintiff:  Defendant has not propounded any discovery requests to the Plaintiff.

      3.      By Defendant:  Defendant shall respond to any and all Discovery request by Plaintiff once they are received.

      4.      By Defendant:  Defendants request three weeks to respond to all Discovery request submitted by Plaintiffs from date of receipt.

      5.      By Defendant:  Defendants request that Plaintiff send all Discovery

material to Defendants by a reliable means such and U.S. Mail service.

                                   Respectfully submitted,

                                   CLOWER & CLARKE


DATE:  April 18, 2007              By:     _____Kay M. Clarke_____
                                           KAY M. CLARKE, #443477
                                           601 Pennsylvania Avenue, NW
                                           The Pennsylvania Suite 205
                                           Washington, D.C.  20004
                                           (202) 638-0086
                                           Counsel for Plaintiff



DATE:  April 18, 2007              By:     James Q. Butler_____
                                           JAMES Q. BUTLER, #490014
                                           818 18th st. N.W.
                                           Suite 1010
                                           Washington, D.C. 20010
                                           202.223.6767
                                           Counsel for Defendant