UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DENISE HAYNESWORTH                          )
                                            )   Case No. 05-cv1111 (RJL)
    Plaintiff,                              )
                                            )
v.                                          )
                                            )
DOUGLAS MOORE                               )
                                            )
    Defendants.                             )
_____)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties, by counsel, and pursuant to Federal Rule of Civil Procedure 41(b) stipulate to the dismissal of this action without prejudice.  Defendant waives any objection to any statute of limitations issues within the spirit of the statute, when and if this cause of action is re-filed in the Superior Court for the District of Columbia. Each side shall bear their own costs.

                                          Respectfully submitted,

                                          CLOWER & CLARKE

DATE:  April 30, 2007               By:      _____*Kay M. Clarke*_____
                                                      KAY M. CLARKE, #443477
                                                      601 Pennsylvania Avenue, NW
                                                      The Pennsylvania Suite 205
                                                      Washington, D.C.  20004
                                                      (202) 638-0086
                                                      Counsel for Plaintiff

DATE: April 30, 2007  By:  <u>*James Q. Butler* by Kay M. Clarke with permission</u>
             JAMES Q. BUTLER, #490014
             818 18th St. N.W.
             Suite 1010
             Washington, D.C. 20010
             202.223.6767
             Counsel for Defendant

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On stipulation by the parties as evidenced by their signatures above, it is this

_____ day of _____, 2007,

ORDERED that the within cause of action is dismissed without prejudice.

             _____
             JUDGE