UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENISE HAYNESWORTH, )
)
Plaintiff, )
)
v. ) Civil Case No. 05-1111 (RJL)
)
DOUGLAS MOORE )
)
Defendant. )

## ORDER

Upon stipulation by the parties, it is this 9th day of May, 2007, hereby

**ORDERED** that this cause of action is dismissed without prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge